# Exhibit A

Case Number: PC-2021-00407
Filed in Providence/Bristol County Superior Court
Submitted: 1/20/2021 12:15 PM
Envelope: 2924306
Reviewer: Victoria H

STATE OF RHODE ISLAND                                         SUPERIOR COURT
PROVIDENCE, SC.

KRISSY RAMIN, ALIAS

V.                                                                                             C.A. NO:

BROWN UNIVERSITY AND
WARREN ALPERT MEDICAL SCHOOL OF BROWN UNIVERSITY

## COMPLAINT

1. Plaintiff, Krissy Ramin (hereinafter Plaintiff), is a resident of the Town of Framingham, in the Commonwealth of Massachusetts.

2. The Defendant, Brown University (hereinafter Brown), is a Rhode Island Non-Profit Corporation, authorized to do business in the State of Rhode Island with its principal office located in the City of Providence, County of Providence, State of Rhode Island.

3. The Defendant, Warren Alpert Medical School (hereinafter Medical School), is the Medical School of Brown University, and is located in the City of Providence, County of Providence, State of Rhode Island.

4. The Plaintiff brings this action pursuant to the Rhode Island Civil Rights of People with Disabilities Act, Chapter 42-87 of the Rhode Island General Laws, and Equal Rights to Public Faculties, Chapter 40-9.1 of the Rhode Island General Laws.

5. The Plaintiff suffered from anxiety, depression, emotional distress, insomnia, and related medical disorders and disabilities.

6. The Plaintiff was admitted to the Warren Alpert Medical School of Brown University in 2008.

7. On or about June 20, 2011, because of medical problems, the Plaintiff was dismissed from the medical school.

8. The Plaintiff was not given an opportunity to appeal the dismissal.

9. On or about September 28, 2016, Plaintiff requested that she be allowed to reapply to the Medical School.

10. On or about September 30, 2016, the Plaintiff's request to reapply to Medical School was denied and she was not allowed to reapply.

11. The Plaintiff submitted medical documentation stating that she was mentally and physically able to return as a student to the Warren Alpert Medical School. The medical problems that caused her dismissal had been resolved.

12. The Plaintiff was denied admission to the Warren Alpert Medical School.

13. On or about April 22, 2017, Plaintiff requested that she be allowed to reapply to the Brown School of Public Health.

14. The Plaintiff was encouraged to reapply under the premise that she complete various prerequisites.

15. The Plaintiff completed the prerequisites.

16. On or about April 6, 2018, the Plaintiff's application to the Brown School of Public Health was processed and ultimately, she was denied. Plaintiff attended Brown as an undergraduate and graduated with a 3.58 GPA.

17. The denial by Brown School of Public Health and the Medical School were based on discrimination because of her disability. Plaintiff is mentally and physically able to return as a student.

18. The Plaintiff was wrongfully not allowed to reapply to the Medical School due to discrimination because of her disability.

19. Plaintiff was wrongfully denied readmission to the Brown School of Public Health due to discrimination because of her disability.

20. As a result of this discriminatory treatment, Plaintiff has suffered and will continue to suffer, pecuniary and compensatory damages now and in the future, including, without limitation:

   a. Emotional distress;
   b. Loss of wages;
   c. Attorney's Fees and related expenses.

21. The illegal conduct of each of the Defendants was motivated by malice or ill will and demonstrated reckless and all-out indifference to Plaintiff rights from unlawful discrimination and entitles Plaintiff to an appropriate award of exemplary damages.

22. As a result of the discriminatory treatment that the Defendants each suffered upon the Plaintiff, each of the Defendants stands jointly and severally liable to Plaintiff for an appropriate award of pecuniary damages, compensatory damages and exemplary damages.

23. The Plaintiff timely filed a Charge of Discrimination with the Rhode Island Commission for Human Rights and received a Notice of Right to Sue and has otherwise satisfied all condition precedent prior to timely commencing this action before this Court.

24. Defendants purposefully and maliciously and without justification or excuse took the wrongful and intentionally discriminatory actions herein complained because of Plaintiff's disabilities.

25. As a result of this course of Defendants' discriminatory treatment, Plaintiff has suffered and will continue to suffer severe and substantial pecuniary and compensatory damages and stands entitled to recover pecuniary, compensatory and exemplary damages.

26. The damages and injuries suffered by the Plaintiff are sufficient to grant jurisdiction with this Honorable Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court grant the following relief:

1. A finding declaring the Plaintiff as the prevailing party in this action;

2. A finding that each Defendant stands jointly and severally liable to make the Plaintiff whole for all damages suffered as a result of the wrongful acts and omissions alleged herein, including pecuniary damages to be determined by a jury;

3. A permanent injunction against the Defendants prohibiting future acts of discrimination against Plaintiff and similar persons;

4. A finding that the Defendant stands jointly and severally liable to Plaintiff for an appropriate award of compensatory damages for the wrongful acts alleged herein, including, without limitation, Plaintiff's compensatory damages to be determined by a jury;

5. A finding after judgment in Plaintiff's favor, that each Defendant stands jointly and severally liable to Plaintiff for an award of her reasonable attorney's fees,

litigation costs and other costs of this action, together with a post-trial hearing to determine the amount of Plaintiff's reasonable attorney's fees taxable to the Defendant, along with a determination of the Plaintiff's litigation costs and expenses taxable to the Defendants.

6. An appropriate award of pre-judgment interest on all sums recovered;

7. Such other and further relief as this Court deems just and proper.

Respectfully submitted,

PLAINTIFF, KRISSY RAMIN, ALIAS
By Her Attorney,

*/s/ Harry J. Hoopis*
HARRY J. HOOPIS, ESQ. #0738
HOOPIS & HOOPIS
33 College Hill Road, Building 5B
Warwick, RI 02886
(401) 823-6266
hoopis@hoopisandhoopis.com
Date: January 20, 2021

**JURY TRIAL DEMAND**

Plaintiff claims trial by jury on all issues triable by right to a jury.



# STATE OF RHODE ISLAND
## SUPERIOR COURT
## SUMMONS

|  | Civil Action File Number<br>PC-2021-00407 |
|---|---|
| **Plaintiff**<br>KRISSY RAMIN<br> v.<br>BROWN UNIVERSITY et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Harry J. Hoopis |
|  | **Address of the Plaintiff's Attorney or the Plaintiff**<br>33 College Hill Road<br>Bldg 5B<br>Warwick RI  02886 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>One Prospect Street<br>Providence RI  02912 |

**TO THE DEFENDANT, BROWN UNIVERSITY:**

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/20/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



STATE OF RHODE ISLAND

SUPERIOR COURT

| Plaintiff<br>KRISSY RAMIN<br> v.<br>BROWN UNIVERSITY et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2021-00407 |
|---|---|

**PROOF OF SERVICE**

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, BROWN UNIVERSITY, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person of suitable age and discretion _____
  Address of dwelling house or usual place of abode _____
  _____
  Age _____
  Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ With a guardian or conservator of the Defendant.
  Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
  Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
# SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _____/_____/_____  SERVICE FEE $_____
                Month   Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____



# STATE OF RHODE ISLAND
## SUPERIOR COURT
## SUMMONS

|  | **Civil Action File Number**<br>PC-2021-00407 |
|---|---|
| **Plaintiff**<br>KRISSY RAMIN<br>v.<br>BROWN UNIVERSITY et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Harry J. Hoopis |
|  | **Address of the Plaintiff's Attorney or the Plaintiff**<br>33 College Hill Road<br>Bldg 5B<br>Warwick RI  02886 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>222 Richmond Street<br>Providence RI  02903 |

**TO THE DEFENDANT, WARREN ALPERT MEDICAL SCHOOL:**

   The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

   As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/20/2021. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND

# SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
| --- | --- |
| KRISSY RAMIN | PC-2021-00407 |
| v. | |
| BROWN UNIVERSITY et al. | |
| **Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, WARREN ALPERT MEDICAL SCHOOL, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____



# STATE OF RHODE ISLAND
# SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
 Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
 Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _____/_____/_____
 Month   Day   Year

SERVICE FEE $_____

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Case Number: PC-2021-00407
Filed in Providence/Bristol County Superior Court
Submitted: 1/29/2021 12:04 PM
Envelope: 2939192
Reviewer: Zoila C.

STATE OF RHODE ISLAND            SUPERIOR COURT
PROVIDENCE, SC.

KRISSY RAMIN
*Plaintiff,*

VS.            CA NO: PC-2021-00407

BROWN UNIVERSITY
*Defendant.*

## STIPULATION

The Defendant, Brown University hereby waives service of process.

By:    *Plaintiff, Krissy Ramin*            By:    *Defendant, Brown University*
       By Her Attorney                               By Their Attorney

Harry J. Hoopis, ESQ., #0738            Michael D. Grabo, Esq.
HOOPIS & HOOPIS                      Associate Counsel
33 College Hill Road, Bldg. 5B           Brown University
Warwick, RI 02886                      Office of the General Counsel
(401) 823-6266                           Box 1913
hoopis@hoopisandhoopis.com          Providence, RI 02912
January 22, 2021                        (401) 863-1176
                                                       michael_grabo@brown.edu

PRESENTED BY:
*/s/ Harry J. Hoopis*
HARRY J. HOOPIS, ESQ., #0738
HOOPIS & HOOPIS
33 College Hill Road, Building 5B
Warwick, RI 02886
401-823-6266
hoopis@hoopisandhoopis.com
Date: January 22, 2021

Case Number: PC-2021-00407
Filed in Providence/Bristol County Superior Court
Submitted: 1/29/2021 12:04 PM
Envelope: 2939192
Reviewer: Zoila C.

# CERTIFICATE OF SERVICE

I hereby certify that, on the 29nd day of January, 2021:

X I filed and served this document through the electronic filing system on the following parties: Michael D. Grabo, Esq.

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ *Alex Hirsch*
Name

Case Number: PC-2021-00407
Filed in Providence/Bristol County Superior Court
Submitted: 1/29/2021 11:03 AM
Envelope: 2938923
Reviewer: Jaiden H.

| | | |
|---|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, S.C. | | SUPERIOR COURT |
| KRISSY RAMIN | : | |
| | : | |
| v. | : | C.A. No. PC-2021-00407 |
| | : | |
| BROWN UNIVERSITY | : | |

### ENTRY OF APPEARANCE

I, Michael D. Grabo, hereby enter my appearance on behalf of Defendant, Brown University, in the above-captioned matter.

Dated: January 29, 2021

*/s/ Michael D. Grabo*
Michael D. Grabo (#6871)
Brown University
Office of the Vice President and General Counsel
South Street Landing, Box 1913
350 Eddy Street
Providence, RI 02912
Tel: (401) 863-1176
Email: michael_grabo@brown.edu

Case Number: PC-2021-00407
Filed in Providence/Bristol County Superior Court
Submitted: 1/29/2021 11:03 AM
Envelope: 2938923
Reviewer: Jaiden H.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2021, I filed and served this document through the electronic filing system on the following parties:

Harry J. Hoopis, Esq.
Hoopis & Hoopis
33 College Hill Road, Building 5B
Warwick, RI 02886
hoopis@hoopisandhoopis.com
*Counsel for Plaintiff*

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                */s/ Alicia Brodeur*